# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRYAN TODD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-474-Orl-19KRS**

**CAPITAL ONE AUTO FINANCE, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN, TRANS UNION,**

        **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **PLAINTIFF'S SECOND MOTION TO ABATE PROCEEDINGS FOR 90 DAYS BASED ON PRIOR COURT DENIAL WITHOUT PREJUDICE (Doc. No. 96)**
>
> **FILED:** February 6, 2008
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part.

| | |
|---|---|
| **MOTION:** | **DEFENDANT CAPITAL ONE AUTO FINANCE, INC.'S EMERGENCY MOTION TO TOLL DISCOVERY OR, IN THE ALTERNATIVE, FOR INSTRUCTION AS TO HOW TO PROCEED (Doc. No. 101)** |
| **FILED:** | **February 19, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Sidney Syna, counsel for Plaintiff Brian Todd, informs the Court that due to his medical condition and deteriorating health, he can no longer effectively represent Todd in this case. Doc. No. 96. Syna has filed a letter from his doctor, Scott L. Gold, M.D., supporting the motion. Doc. No. 96-3. Defendant Capital One Auto Finance, Inc. further informs the Court that the parties have a number of depositions scheduled to take place before the close of discovery, February 29, 2008, but due to Syna's medical condition, Syna will not be able to attend and participate in the upcoming depositions. Doc. No. 101.

I find that good cause exists to grant the requested relief to allow Todd a reasonable period of time to retain substitute counsel. Accordingly, I respectfully recommend that the case be stayed for sixty days to allow Todd to obtain new counsel. Todd is cautioned that if new counsel fails to enter an appearance within this sixty-day period, he will be required to represent himself in this case. I further recommend that the Court issue an Amended Case Management and Scheduling Order when

new counsel enters an appearance on behalf of Todd or at the expiration of the sixty-day stay of the case, whichever first occurs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 19, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy