**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRYAN TODD,

    Plaintiff,

vs.                                               CASE NO. 6:07-CV-474-ORL-19KRS

CAPITAL ONE AUTO FINANCE, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN, TRANS UNION,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 102, filed February 19, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 102) is **ADOPTED and AFFIRMED.**

Plaintiff's Second Motion to Abate Proceedings for 90 Days Based on Prior Court Denial Without Prejudice (Doc. No. 96, filed February 6, 2008) is **GRANTED IN PART AND DENIED IN PART.**

Defendant Capital One Auto Finance, Inc.'s Emergency Motion to Toll Discovery or, in the alternative, for Instruction as to How to Proceed (Doc. No. 101, filed February 19, 2008) is **GRANTED.**

This case is **STAYED FOR SIXTY (60) DAYS** to allow Plaintiff Bryan Todd to obtain new counsel.

The Court will enter an Amended Case Management and Scheduling Order when

new counsel on behalf of Plaintiff Todd makes an appearance or at the expiration of the sixty-day stay of the case, whichever first occurs.

**DONE AND ORDERED** at Orlando, Florida, this ___27th___ day of February, 2008.

1021

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record